# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| Tamera Alexander <br><br> *Plaintiff(s)* <br> v. <br> United States of America <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-4034 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
c/o U.S. Postal Service
475 L'Enfant Plaza SW
Washington, DC 20260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacob R. Belcastro, Esq.
Edward T. McAfee, Esq.
McAfee Law Firm, LLC
3235 Cains Hill Place
Atlanta, GA 30305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 07/22/2025

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*